<div style="text-align: left; font-weight: bold;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. GEIER, | No. C 10-493 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| Warden WONG; et al., | |
| Respondents. | |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2010

_____
SUSAN ILLSTON
United States District Judge